BP-A0148
JUNE 10
U.S. DEPARTMENT OF                                          FEDERAL BUREAU OF PRISONS

INMATE REQUEST TO STAFF CDFRM

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Unit Manager Mrs. Fahie | 08-03-2020 |
| FROM: | REGISTER NO.: |
| Castro Armando | 97595-004 |
| WORK ASSIGNMENT: | UNIT: |
| Recreation | J-1/2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Please update my Record: I was arrested in Nov. 23-2003 for Domestic Violence, (Misdemeanor) and reduced to Restraining Order. Because never was any violence. No pushing, no hitting, no blood. We were going thru a divorce. We owned a House, a Jewelry and Pawn Shop Store, and she wanted me out of the House and Business. She went to Court and got a No Violence Contact. Meaning she work 3 days and I work 3 days. Any time we argue, she or me call the Police. And everytime the Police came for a Phone call, they file a Police Report for Domestic Violence. But neither of us got arrested. We just talked to the Police. Please see Attached. Part 1

(Do not write below this line) A. Castro

DISPOSITION:

Signature Staff Member                          Date

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-3148.070 APR 94

i'i'li'itE IN SECTION 6 UNLESS APPROPRIATE FOR fm!lfiiJAl!: OLDER

**SECTION 6**

PLEASE UP DATE MY RECORD. PART 2.
THE NEXT DAY AFTER MY ARREST, I GOT RELEASED ON NOV. 24-2020.
WITH NO BOND, NO FINGER PRINTS, NO JUDGE AND NO CHARGES.
ALSO IN YEAR 2015 I WAS IN F.C.I. MIAMI LOW, AND WANT TRANSFER
TO MIAMI CAMP. THE CASE MANAGER IN MIAMI LOW, MRS. BEARDENS
IN BISCAYNE UNIT, GOT PROOF OF MY ONLY ONE INCIDENT OF A DOMESTIC
DISPUTE. FROM A AFFIDAVIT SIGNED AND NOTARIZED BY MY
NOW EX WIFE ESTHER A. CASTRO.
AND WITH THAT AFFIDAVIT PROOF MRS. BEARDENS, TRANSFER ME TO
MIAMI CAMP IN YEAR 2017.
AND THIS IS HOW ONE CASE GOT MISCONSTRUED INTO 8 CASES.
IN MY 48 YEARS IN THIS COUNTRY, THIS IS MY FIRST OFFENSE AND ONLY
CONVICTION.
WITH 9 YEARS IN THE B.O.P. CUSTODY I DON'T HAVE: NO INDICIPLINARY
INFRACTIONS, NO WRITE UPS, NO SHU, NO FIGHTS, NO CONTRABAND,
NO ESCAPE ATTEMPT, AND NO VIOLENCE.
I AM RATHER A FRIENDLY, EASYGOING FUNNY GUY, AND SOMETIMES
GOOFY.

TRULINCS 97595004 - CASTRO, ARMANDO - Unit: MIA-J-A

---

FROM: 97595004
TO: Camp J Unit Team
SUBJECT: ***Request to Staff*** CASTRO, ARMANDO, Reg# 97595004, MIA-J-A
DATE: 08/03/2020 07:12:18 PM

To: Unit Manager Fahie
Inmate Work Assignment: Recreation

Ms. Fahie,
I have also handed in a paper copy of this request.

***Please update my record with the following information***

I was arrested on November 23, 2003 for domestic violence (misdemeanor) which was then reduced to a restraining order because there was never any violence. No pushing, no hitting, no blood. We were going through a divorce. We owned a house, a jewelry and pawn shop store, and she wanted me out of the house and business. She went to the court and got a no violence contact. Meaning: she works 3 days and I work 3 days. Any time we argued, she would call the police, and every time the police responded to one of these calls, they had to file a police report for domestic violence. But neither of us got arrested, we just talked to the police.

The next day after my arrest, I got released on November 24, 2003 with no bond, no finger prints, no judge and no charges. Also in the year 2015 when I was at FCI Miami, I wanted to transfer from the Low over to the camp. The case manager over at Miami Low, Mrs. Beardens in Biscayne Unit, got proof of my only one incident of domestic dispute from an affidavit signed and notarized by my now exwife, Esther A. Castro (I have a copy of this document if needed.) With that document, I was transferred by Mrs. Beardens to the Camp in the year 2017. This is how one case got misconstrued into 8 cases. In my 48 years in this country, this is my first offense and only conviction. With 9 years in the BOP custody, I don't have any disciplinary infractions, no write ups, no SHU time, no fights, no contraband, no escape attempts and NO VIOLENCE. I am rather a friendly, easy going, funny guy and sometimes goofy. Please update my record so this doesn't affect me going forward.

Thank you for your time and consideration.

State of Florida  
County of Palm Beach

Case No.: 11-80187-CR

## AFFIDAVIT OF ESTHER A. CASTRO

I, Esther A. Castro being of sound mind and body hereby attest to the following:

1. I was married to Armando A. Castro on August 9, 1986. From this marriage we have two children. Virgil Castro is age 27 and is currently enlisted in the United States Air Force. He is stationed at Vanderberg Air Force Base in Lompoc California. The other son is Noel Castro, Age 23. He currently resides in Ocala Florida and is employed as a fire fighter/paramedic.

2. I have always known my husband to be a hard working man and a good father. At the time of Armando's arrest, we were working on marriage counseling so we could continue our relationship.

3. I do acknowledge that the domestic problems we had was both our faults. I also realized I contributed to the situation and believed I needed counseling, as well as my husband. At the time of the restraining order, I did submit a petition for a dissolution of marriage paperwork, but afterwards I withdrew it.

4. I understand there is currently a misunderstanding pertaining to eight restraining orders filed by me against Armando. Let me be very clear about this. I filed a restraining order. Shortly after filing it, I recinded the restraining order. I NEVER filed eight restraining orders against Armando. Most of our stress between Armando and I was due to our business going through a financial crisis, mostly related to the poor economic climate in the country at that time. The stress brought on many unnecessary fights. Fortunately, we will be able to keep our friendship together during these difficult times.

5. I am very supportive of Armando and always will be. I have a special place for him in my mind and will always keep communication with him. We know each other for 30 years. I have visited Armando during his incarceration on several occassions, since October 26, 2011. I visited him when he was in West Palm Beach County Jail, Miami Detention Center and at ECI Miami where he is now. I have visited him both alone and with my son's and our grandson.

6. The past is the past and even though we are currently going through a divorce, I will remain close to Armando. Again, I would like to specify that I went to the courthouse in West Palm Beach and submitted a complete dismissal to the judge, which was granted, pertaining to the restraining order against Armando Castro. As far as I am concerned, there is no restraining order against Armando from me.

I declare under penalty of perjury that the above matters are true and correct to the best of my knowledge. I hereby certify, that the foregoing document was subscribed and sworn this 3 day of Sept. in the year 2013.

My commission expires on 11-30-2016.    Signature of Notary Public _Cheryl Kiser_

_Esther Castro_  
Esther A. Castro Signature

CHERYL A. KISER  
Notary Public - State of Florida  
My Comm. Expires Nov. 30, 2016  
Commission # EE 850622  
Bonded Through National Notary Assn.

## INMATE REQUEST TO STAFF

Federal Bureau of Prisons

| To: UNIT MANAGER Ms. FAHIE | Date: 06-21-2020 |
|---|---|
| From: Armando Castro | Register Number: 97595-004 |
| Work Assignment: RECREATION | Unit: J1-2 |

SUBJECT:

### Request for correction to Inmate Castro's SENTRY File

There is a mistake in my file which I am requesting be corrected. I recently spoke with Ms. Gonzalez, who informed me that I have 8 domestic violence issues on my file, which would preclude me from home confinement. In actuality, it should only be one incident. I ran into this misunderstanding when I was at Miami FCI Low; my case manager, Ms. Beardens, from unit B, helped me out to get transferred to the Camp. In 2015 I had to reach out to the West Palm Beach police dept. to get this clarified. My ex-wife of 7 years and I were going through a divorce in 2003, and a restraining order (misdemeanor) no contact order. We owned a jewelry store and a pawn shop and she went to keep me from my businesses. The police order says nothing about any violence or damage inflicted. After this was clarified, I was approved for transfer to the camp in 2017. Please reach out to Case Manager Beardens, if necessary, to verify as I do not want to have this discrepancy affect my programing or possible release to home confinement. Thank you for your time and attention to this matter.

(Do not write below this line)

DISPOSITION

Signature Staff Member                              Date

TRULINCS 97595004 - CASTRO, ARMANDO - Unit: MIA-J-A

----

FROM: Warden
TO: 97595004
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/23/2020 11:52:02 AM

This is something you will have to clarify with the courts.

>>> ~^!"CASTRO, ~^!ARMANDO" <97595004@inmatemessage.com> 6/15/2020 7:42 PM >>>
To: Warden,AW.Camp.administrator.J.unit team,Mrs.Fahie
Inmate Work Assignment: rec.

Please correct this mistake in my file:
In year 2015, I was at Fci. Miami low, in unit "B" Bicscayne and I apply for a transfer to miami satellite camp. And was denied because, I alledgelly have 8 times of domestic violence in my file.My case manager Mrs. Bearden was helping me get transferred to the camp. And my Attorney have to go to West Palm Beach court, to get proof that is was actually only one incident of domestic violence. restraining order (misdemeanor) no contact, no hiting, no pushing. And send it to Mrs. Bearden. And that was the only way I got transferred to satellit camp. At that time we owned a jewelry and a pawn shop store (2003) in West palm beach,and we were going tru a ugly divorce, we argue a lot and she didn't want me in the house or business. We called the West palm beach police dept. 8 times, and they file their report as 8 incidents of domestic violence. In year 2005 my wife fired a .038 calib pistol at me and my niece inside the store. She was arrested and taken to wpb. county jail. I did not pressed charges (I was in love.) I want just to clarify this issue, now my exwife for 7 years. hope this dont affect any relief for home confinment Gracias Castro A.

BP-A0148  
JUNE 10  
U.S. DEPARTMENT OF

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) UNIT MANAGER MS. FAHIE. | DATE: 07-30-2020 |
|---|---|
| FROM: CASTRO ARMANDO | REGISTER NO.: 97595-004- |
| WORK ASSIGNMENT: RECREATION | UNIT: J 1/2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

REQUEST FOR COMPASSIONATE RELEASE, PURSUANT TO 3582(c) I AM REQUESTING COMPASSIONATE RELEASE FOR THIS COMPELLING REASONS: MY AGE 72 YRS. OLD, DIABETES, TAKE INSULIN 3 TIMES A DAY, OBESITY, HIGH BLOOD PRESSURE, CARPAL SURGERY ON LEFT HAND, OPEN REDUCTION SURGER ON BOTH ELBOWS, MAJOR LUMBAR SPINE SURGERY, WHIT FUSION ON 3 HERNIATED DISCS WHIT SIX SCREWS, AND TWO TITANIUM BARS. ALL OF THIS MAKE VULNERABLE OF THE OUTBREAK OF COVID-19 HERE AT MIAMI FCI. I HOPE THAT COMPASSION AND CONCERN MOVE YOU TO GRANT ME THIS RELIEF. THANKS, SINCERELY A. Castro

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate  
PDF                           Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-3148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR fm!!fiiJAl!: OLDER

**SECTION 6**