# EXHIBIT     A

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

*Exhibit A*

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                     FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
| Unit Manager Fahie | February 24, 2020 |
| FROM: | REGISTER NO.: |
| Armando Castro | 97595-004 |
| WORK ASSIGNMENT: | UNIT: |
| Recreation | J 1&2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

I would like to apply for elderly release pursuant to the FIRST STEP Act,

Section 603(a)$_{(5)(ii)}$ Federal Prison Reentry Initiative Reauthorization:

Modification of Imposed Term of Imprisonment.

(Do not write below this line)

DISPOSITION:

_____        _____
Signature Staff Member                  Date

Record Copy - File; Copy - Inmate        This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)     and BP-S148.070 APR 94

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

BP-S148.055 INMATE REQUEST TO STAFF   CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                         FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
| Unit Manager Fahie | May 8th, 2020 |
| FROM: | REGISTER NO.: |
| Armando Castro | 97595-004 |
| WORK ASSIGNMENT: | UNIT: |
| Recreation | J 1&2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I know you are busy with COVID-19 and all the
related issues. However, as you know, I was denied
home confinement release under this act and would now
like to proceed with co-op for home confinement release
under the "Elderly" section of the FIRST STEP Act. My out
date under this Act is June 28th, 2020, and I would
again request that I be released under said act.

(Do not write below this line)

DISPOSITION:

_____        _____
Signature Staff Member                   Date

Record Copy - File; Copy - Inmate        This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)     and BP-S148.070 APR 94

TRULINCS '97595004 - CASTRO, ARMANDO - Unit: MIA-J-A

---------------------------------------------------------------------------------------------

FROM: 97595004
TO: Camp Administrator
SUBJECT: ***Request to Staff*** CASTRO, ARMANDO, Reg# 97595004, MIA-J-A
DATE: 06/25/2020 06:51:27 PM

To: Mrs. J. ozuna.
Inmate Work Assignment: rec.

Mrs. Ozuna.
To follow up on our conversation today. I just want to let you know that i appreciate very much whatever help you can provide
for me, In what i consider a very desperate and disheartening situation. Today, 06-25-2020. I completed my 2/3 of my
sentence, and according to the first step act. I qualify for elderly home confinement release. I am 72 yrs. old. I also qualify for
covid-19. Do to me being diabetic taking insulin 3 times a day, high blood pressure and my age as a elderly inmate. to this date
no one seems to want to help me . I submitted to my home team countless cop outs, and no answer or release date or nothing
for me. !!! I am on my knees to you begin for your help !!!! Looking forward whit positive results and whit hope to hear from you
soon. Respectfully.
Castro A. Gracias.

```
 .MIAAR  540*23  *          SENTENCE MONITORING        *      06-18-2020
PAGE  001         *         COMPUTATION DATA           *      17:35:16
                            AS OF 06-18-2020
```

REGNO..: 97595-004 NAME: CASTRO, ARMANDO


FBI NO...........: 819358DA0          DATE OF BIRTH: 05-07-1948  AGE:  72
ARS1.............: MIA/A-DES
UNIT.............: CAMP J               QUARTERS.....: J02-028L
DETAINERS........: NO                   NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 05-22-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-22-2022 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 9:11-80187 CR RYSKAM
JUDGE...........................: RYSKAMP
DATE SENTENCED/PROBATION IMPOSED: 04-26-2012
DATE COMMITTED..................: 08-08-2012
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $700.00       $00.00          $00.00      $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $00.00

---------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 382      21:841 SCH I NON-NARCOTIC
OFF/CHG: 21:841(A)(1)DIST OF DETECTABLE AMT OF MJ,CT1&3, 18:922(G)(8)
         POSS OF A FARM WHILE UNDER A RESTRAINING  ORDER,CT:7&10,
         21:841(A)(1)DIST OF A DETECTABLE AMT COC,CT:13,
         18:922(A)(1)(A)UNLICENSED FARMS DEALING, CT:14


SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   96 MONTHS
TERM OF SUPERVISION............:    3 YEARS
RELATIONSHIP OF THIS OBLIGATION
 TO OTHERS FOR THE OFFENDER....: CS OBLG 020
DATE OF OFFENSE................: 01-22-2010




G0002        MORE PAGES TO FOLLOW . . .

```
   MIAAR  540*23 *          SENTENCE MONITORING        *     06-18-2020
   PAGE 002         *          COMPUTATION DATA          *     17:35:16
                               AS OF 06-18-2020


   REGNO..: 97595-004 NAME: CASTRO, ARMANDO



   -----------------------CURRENT OBLIGATION NO: 020 --------------------------
   OFFENSE CODE....: 130    18:924(C) FIREARMS LAWS        FSA INELIGIBLE
   OFF/CHG: 18:924(C)(1)(A) CARYING FARM IN FURTHER OF A DRG TRFIC CRIME,
           CT:2

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:   60 MONTHS
   TERM OF SUPERVISION............:    5 YEARS
   RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER....: CS OBLG 010
   DATE OF OFFENSE................: 01-22-2010

   -----------------------CURRENT COMPUTATION NO: 010 --------------------------

   COMPUTATION 010 WAS LAST UPDATED ON 11-19-2019 AT DSC AUTOMATICALLY
   COMPUTATION CERTIFIED ON 08-14-2012 BY DESIG/SENTENCE COMPUTATION CTR

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   CURRENT COMPUTATION 010: 010 010, 010 020

   DATE COMPUTATION BEGAN..........: 04-26-2012
   AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
   TOTAL TERM IN EFFECT............:  156 MONTHS
   TOTAL TERM IN EFFECT CONVERTED..:   13 YEARS
   AGGREGATED TERM OF SUPERVISION..:    5 YEARS
   EARLIEST DATE OF OFFENSE........: 01-22-2010

   JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                      10-26-2011   04-25-2012




   G0002       MORE PAGES TO FOLLOW . . .
```

```
  MIAAR  540*23 *           SENTENCE MONITORING          *      06-18-2020
  PAGE 003 OF 003 *           COMPUTATION DATA            *      17:35:16
                            AS OF 06-18-2020


REGNO..: 97595-004 NAME: CASTRO, ARMANDO


TOTAL PRIOR CREDIT TIME.........: 183
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 702
TOTAL GCT EARNED................: 432
STATUTORY RELEASE DATE PROJECTED: 11-22-2022
TWO THIRDS DATE.................: 06-25-2020
EXPIRATION FULL TERM DATE.......: 10-24-2024
TIME SERVED.....................:     8 YEARS      7 MONTHS     23 DAYS
PERCENTAGE OF FULL TERM SERVED..: 66.5
PERCENT OF STATUTORY TERM SERVED: 78.0

PROJECTED SATISFACTION DATE.....: 11-22-2022
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 11-19-19 GCT UPD PURSUANT TO FSA L/GLM.




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

TRULINCS 97595004 - CASTRO, ARMANDO - Unit: MIA-J-A

---------------------------------------------------------------------------------------------------

FROM: 97595004
TO: Warden
SUBJECT: ***Request to Staff*** CASTRO, ARMANDO, Reg# 97595004, MIA-J-A
DATE: 07/29/2020 12:12:29 PM

To: Warden Jenkins
Inmate Work Assignment: Recreation

Warden Jenkins,

Please take note of my below urgent request for status as to transfer to home confinement.  My advanced age and medical conditions make me extremely vulnerable to the coronavirus and I am in fear for my life.

Thank you for whatever you can do for me.

Respectfully,
Armando Castro
97595004
-----CASTRO, ARMANDO on 7/29/2020 12:10 PM wrote:

>

***Urgent Request for Update of Status of Home Confinement***

Ms. Fahie,
I will hand you a written "copout" of the following today as well.

I am urgently requesting a status update for the processing of my home confinement pursuant to the CARES Act.  Now that there is a serious outbreak at the Low among staff and inmates, I am worried for my health and well-being.  I fall squarely in the cohort of people vulnerable to serious disease and/or death should I become infected with COVID-19 due to:

Age: I am 72 years old
Medical Issues: Type II Diabetes (which requires insulin injections three times a day)
        Obesity
        High Blood pressure
        Severe Back, Hip and Knee issues.

Please, I am well over 50% of my sentence served (66% full term, 78% statutory term) and I want to be moved to safety before the virus makes it's way to the camp.  If I do not qualify, please inform me of the denial code so that I may have for my records.

Thank you for whatever you can do for me.

Armando Castro
97595004

TRULINCS 97595004 - CASTRO, ARMANDO - Unit: MIA-J-A

---------------------------------------------------------------------------------------------

FROM: 97595004
TO: Camp J Unit Team
SUBJECT: ***Request to Staff*** CASTRO, ARMANDO, Reg# 97595004, MIA-J-A
DATE: 08/07/2020 09:01:34 AM

To: Unit Manager Fahie
Inmate Work Assignment: Recreation

***Request for Compassionate Release Pursuant to 3582(c)***

Ms. Fahie,
This is an electronic version of the paper "copout" I gave you yesterday.

I am requesting compassionate release for these compelling reasons:

My age: I am 72 years old
My medical conditions: I have type II diabetes and need to inject insulin three times a day
                I have high blood pressure
                I have obesity
                Carpal surgery on the left hand
                Open reduction surgery on both elbows
                Major lumbar spine surgery with fusion on 3 herniated discs, 6 screws and 2 titanium bars

All of this makes me vulnerable if there is an outbreak here at the camp.  I pray that compassion and concern move you to grant this relief.

Respectfully submitted,
Armando Castro
97595-004

BP-A0148
JUNE 10                    INMATE REQUEST TO STAFF   CDFRM

U.S. DEPARTMENT OF                           FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) UNIT MANAGER MS. FAHIE. | DATE: 07-30-2020 |
| FROM: CASTRO ARMANDO | REGISTER NO.: 97595-004- |
| WORK ASSIGNMENT: RECREATION | UNIT: J 1/2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

REQUEST FOR COMPASSIONATE RELEASE, PURSUANT TO 35B2(G)
I AM REQUESTING COMPASSIONATE RELEASE FOR THIS COMPELLING REASONS:
MY AGE 72 YRS. OLD, DIABETES, TAKE INSULIN 3 TIMES A DAY, OBESITY,
HIGH BLOOD PRESSURE, CARPAL SURGERY ON LEFT HAND, OPEN REDUCTION SURGER
ON BOTH ELBOWS, MAJOR LUMBAR SPINE SURGERY, WHIT FUSION ON 3 HERNI
ATED DISCS WHIT SIX SCREWS, AND TWO TITANIUM BARS. ALL OF THIS MAKE VULNE
RABLE OF THE OUTBREAK OF COVID-19 HERE AT MIAMI FCI.
I HOPE THAT COMPASSION AND CONCERN MOVE YOU TO GRANT ME. THIS
RELIEF. THANKS, SINCERELY  A. Castro

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate

PDF                        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-3148.070 APR 94

i'lil'lNE IN SECTION 6 UNLESS APPROPRIATE FOR fm!lfiiJAl!: OLDER        SECTION  6