# EXHIBIT B

BP-A0148
JUNE 10
U.S. DEPARTMENT OF

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| UNIT MANAGER MS. FAHIE | 07-30-2020 |
| FROM: CASTRO ARMANDO | REGISTER NO.: 97595-004- |
| WORK ASSIGNMENT: RECREATION | UNIT: J 1/2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

REQUEST FOR COMPASSIONATE RELEASE, PURSUANT TO 3582(c) I AM REQUESTING COMPASSIONATE RELEASE FOR THIS COMPELLING REASONS: MY AGE 72 YRS. OLD, DIABETES, TAKE INSULIN 3 TIMES A DAY, OBESITY, HIGH BLOOD PRESSURE, CARPAL SURGERY ON LEFT HAND, OPEN REDUCTION SURGER ON BOTH ELBOWS, MAJOR LUMBAR SPINE SURGERY, WHIT FUSION ON 3 HERNIATED DISCS WHIT SIX SCREWS, AND TWO TITANIUM BARS. ALL OF THIS MAKE VULNERABLE OF THE OUTBREAK OF COVID-19 HERE AT MIAMI FCI. I HOPE THAT COMPASSION AND CONCERN MOVE YOU TO GRANT ME THIS RELIEF, THANKS, SINCERELY A. Castro

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILED IN SECTION 6 UNLESS APPROPRIATE FOR fmllfiiJAl!: OLDER

**SECTION 6**

Exhibit B

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: CASTRO, ARMANDO | | Reg #: 97595-004 | |
| Date of Birth: 05/07/1948 | Sex: M   Race: WHITE | Facility: MIA | |
| Encounter Date: 05/05/2020 09:33 | Provider: Chipi, Martha MD | Unit: J02 | |

Physician - Medication Reconciliation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Chipi, Martha MD
  **Chief Complaint:** Medication Reconciliation
  **Subjective:** 71 year old male with diagnosis of HTN, DM, Dyslipidemia; not at treatment goal.
  **Pain:** Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/08/2019 | 11:15 MIA | 98.0 | 36.7 | Oral | Cavalcanti, Selenia RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/19/2019 | 12:58 MIA | 79 | Via Machine | | Dominguez-Rodriguez, Carlos |
| 04/08/2019 | 11:15 MIA | 76 | Via Machine | | Cavalcanti, Selenia RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/19/2019 | 12:58 MIA | 15 | Dominguez-Rodriguez, Carlos RN |
| 04/08/2019 | 11:15 MIA | 17 | Cavalcanti, Selenia RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/29/2020 | 10:12 MIA | 166/83 | | | | Adams, Monique MA |
| 04/17/2020 | 10:05 MIA | 151/74 | | | | Adams, Monique MA |
| 12/19/2019 | 12:58 MIA | 131/78 | Left Arm | Sitting | Adult-large | Dominguez-Rodriguez, Carlos |
| 04/08/2019 | 11:15 MIA | 153/86 | Left Arm | Sitting | Adult-regular | Cavalcanti, Selenia RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/08/2019 | 11:15 MIA | 97 | Room Air | Cavalcanti, Selenia RN |

**Exam Comments**
  CV Risk- 56.3%- 10-year risk of heart disease or stroke

**Comments**
  Cholesterol H 202
  Triglycerides H 231
  HDL Cholesterol 49
  LDL Cholesterol (calc) 107
  Chol/HDL Ratio H 4.1
  A1C 7.4

**ASSESSMENT:**

| Inmate Name: CASTRO, ARMANDO | Sex: M  Race: WHITE | Reg #: 97595-004 |
|---|---|---|
| Date of Birth: 05/07/1948 | Provider: Chipi, Martha MD | Facility: MIA |
| Encounter Date: 05/19/2020 11:12 | | Unit: J02 |

## Other Active OTCs:

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| No OTCs to be Reconciled. | | | |

## Allergies
No Known Allergies

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 09/22/2020 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Microalbumin, urine random | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests - Short List-General-Iron | | | |
| Lab Tests-O-Occult Blood FIT (1 sample) | | | |

## Disposition:
Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/19/2020 | Not Done | | Chipi, Martha | No Participation |

Copay Required: No      Cosign Required: No
Telephone/Verbal Order: No
Completed by Chipi, Martha MD on 05/19/2020 11:20

| Inmate Name: | CASTRO, ARMANDO | | | | Reg #: | 97595-004 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/07/1948 | Sex: | M | Race: WHITE | Facility: | MIA |
| Encounter Date: | 05/05/2020 09:33 | Provider: | Chipi, Martha MD | | Unit: | J02 |

Diabetes, type II with ketoacidosis, 250.10 - Current

Hyperlipidemia, mixed, 272.2 - Current

Hypertension, Unspecified essential, 401.9 - Current

PLAN:

Medication Reconciliation.
The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Atorvastatin Tablet | | 05/05/2020 09:33 |
| | Prescriber Order: | 20 mg Orally at bedtime x 365 day(s) | |
| | Indication: Diabetes mellitus, type II (adult-onset), Hyperlipidemia, mixed | | |

**Renew Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 135550-MIA | Diabetic Supply - Lancets | | 05/05/2020 09:33 |
| | Prescriber Order: | Use to prick fingers twice daily to test blood sugar x 180 day(s) | |
| | Indication: Diabetes mellitus, type II (adult-onset) | | |
| 135549-MIA | Diabetic Supply - Test Strips(Glucocard Expr) 50 | | 05/05/2020 09:33 |
| | Prescriber Order: | Use one test strip twice daily ( morning and evening ) Insert test strip on glucometer . add a droplet of blood to the top or end of strip x 180 day(s) | |
| | Indication: Diabetes mellitus, type II (adult-onset) | | |
| 135543-MIA | Glucose 4 GM Tab | | 05/05/2020 09:33 |
| | Prescriber Order: | Take three tablets (12 GM) by mouth each day AS NEEDED for symptoms of decreased blood sugar PRN x 180 day(s) | |
| | Indication: Diabetes mellitus, type II (adult-onset) | | |
| 135544-MIA | Insulin NPH (10 ML) 100 UNITS/ML INJ | | 05/05/2020 09:33 |
| | Prescriber Order: | Inject 10 units of nph insulin subcutaneously each morning and---inject 4 units of nph insulin subcutaneously each evening ***pill line*** x 180 day(s) Pill Line Only | |
| | Indication: Diabetes mellitus, type II (adult-onset) | | |
| 135545-MIA | Insulin Reg (10 ML) 100 UNITS/ML Inj | | 05/05/2020 09:33 |
| | Prescriber Order: | Inject per sliding scale subcutaneously three times daily - If FBS: 150-200mg/dl--2units; 201-250mg/dl--4units; 251-300mg/dl--6units; 301-350mg/dl--8units; 351-400mg/dl--10units; 401mg/dl or < 60mg/dl--call MD ***pill line*** x 180 day(s) Pill Line Only | |
| | Indication: Diabetes mellitus, type II (adult-onset) | | |
| 135546-MIA | metFORMIN HCl 500 MG Tab | | 05/05/2020 09:33 |
| | Prescriber Order: | Take one tablet (500 MG) by mouth three times daily with food x 180 day(s) | |
| | Indication: Diabetes mellitus, type II (adult-onset) | | |
| 135548-MIA | Sertraline HCl 100 MG Tab | | 05/05/2020 09:33 |
| | Prescriber Order: | Take one tablet (100 MG) by mouth daily ***self carry*** *consent form on file * x 180 day(s) | |
| | Indication: Depressive DO, not elsewhere classified | | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|

Inmate Name: CASTRO, ARMANDO
Date of Birth: 05/07/1948
Encounter Date: 05/05/2020 09:33
Sex: M    Race: WHITE
Provider: Chipi, Martha MD
Reg #: 97595-004
Facility: MIA
Unit: J02

**Discontinued Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 135551-MIA | Atorvastatin 10 MG Tab | | 05/05/2020 09:33 |
| | Prescriber Order: | Take one tablet (10 MG) by mouth at bedtime for control of cholesterol | |
| | Discontinue Type: | When Pharmacy Processes | |
| | Discontinue Reason: | Order changed | |
| | Indication: | | |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 135552-MIA | amLODIPine 10 MG TAB | 12/19/2020 | Take one tablet (10 MG) by mouth each day |
| 135550-MIA | Diabetic Supply - Lancets | 06/17/2020 | Use to prick fingers twice daily to test blood sugar |
| 135549-MIA | Diabetic Supply - Test Strips(Glucocard Expr) 50 | 06/17/2020 | Use one test strip twice daily ( morning and evening ) Insert test strip on glucometer . add a droplet of blood to the top or end of strip |
| 135543-MIA | Glucose 4 GM Tab | 06/17/2020 | Take three tablets (12 GM) by mouth each day AS NEEDED for symptoms of decreased blood sugar |
| 135544-MIA | Insulin NPH (10 ML) 100 UNITS/ML INJ | 06/17/2020 | inject 4 units of nph insulin subcutaneously each evening ***pill line***---Inject 10 units of nph insulin subcutaneously each morning and |
| 135545-MIA | Insulin Reg (10 ML) 100 UNITS/ML Inj | 06/17/2020 | Inject per sliding scale subcutaneously three times daily - If FBS: 150-200mg/dl--2units; 201-250mg/dl--4units; 251-300mg/dl--6units; 301-350mg/dl--8units; 351-400mg/dl--10units; 401mg/dl or < 60mg/dl--call MD ***pill line*** |
| 135546-MIA | metFORMIN HCl 500 MG Tab | 06/17/2020 | Take one tablet (500 MG) by mouth three times daily with food |
| 135548-MIA | Sertraline HCl 100 MG Tab | 06/17/2020 | Take one tablet (100 MG) by mouth daily ***self carry*** *consent form on file * |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

No IVs to be Reconciled.

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|

No OTCs to be Reconciled.

**Allergies**
No Known Allergies

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | Every Tues and Thurs | 6 days | Adjusting meds | Chipi, Martha MD |
| | Order Date: | 05/05/2020 | | |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 06/01/2020 00:00 | MLP 01 |

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: CASTRO, ARMANDO | | | Reg #: 97595-004 |
| Date of Birth: 05/07/1948 | Sex: M   Race: WHITE | | Facility: MIA |
| Encounter Date: 05/19/2020 11:12 | Provider: Chipi, Martha MD | | Unit: J02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Chipi, Martha MD

    **Chief Complaint:** Chronic Care Clinic

    **Subjective:** Effective at this time national measures have been implemented by the BOP in order to mitigate the spread of COVID-19. For an undetermined period of time, the BOP is under a nationwide modified operations model to maximize social distancing, limit group gatherings and minimize COVID-19 transmission in our facilities.
During this National Emergency the BOP-HSD assures that the patient has an adequate supply of chronic care medications.
Patient will be placed on CCC call-out as soon as normal operations resume.

    **Pain:** Not Applicable

**Seen for clinic(s):** Diabetes, Gastrointestinal, Hypertension, Mental Health

**OBJECTIVE:**

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/29/2020 | 10:12 MIA | 166/83 | | | | Adams, Monique MA |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 05/16/2020 | 18:38 MIA | 220 | Random | | Paul, Wilene FNP |
| 05/15/2020 | 20:16 MIA | 157 | Random | | Paul, Wilene FNP |
| 05/14/2020 | 19:29 MIA | 135 | Random | | Paul, Wilene FNP |

**Exam Comments**

    Hemoglobin A1C H 7.4
    Cholesterol H 202
    Triglycerides H 231
    HDL Cholesterol 49
    LDL Cholesterol (calc) 107
    Chol/HDL Ratio H 4.1

**Comments**

    Hx- DM-- last A1c 7.4
    Hx- HTN--stable on Amlodipine.
    Hx- Dyslipidemia--No side effects from low dose Statins.
    Hx- MH- doing well, very stable on meds, denies suicidal ideations, intent or plans.
    Hx- GERD- controlled on Zantac

**ASSESSMENT:**

Diabetes, type II with ketoacidosis, 250.10 - Current

**PLAN:**

Medication Reconciliation.
The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.

| Inmate Name: | CASTRO, ARMANDO | | | Reg #: | 97595-004 |
|---|---|---|---|---|---|
| Date of Birth: | 05/07/1948 | Sex: M | Race: WHITE | Facility: | MIA |
| Encounter Date: | 05/19/2020 11:12 | Provider: | Chipi, Martha MD | Unit: | J02 |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 135552-MIA | amLODIPine 10 MG TAB | 12/19/2020 | Take one tablet (10 MG) by mouth each day |
| 135550-MIA | Diabetic Supply - Lancets | 06/17/2020 | Use to prick fingers twice daily to test blood sugar |
| 135549-MIA | Diabetic Supply - Test Strips(Glucocard Expr) 50 | 06/17/2020 | Use one test strip twice daily ( morning and evening ) Insert test strip on glucometer . add a droplet of blood to the top or end of strip |
| 135543-MIA | Glucose 4 GM Tab | 06/17/2020 | Take three tablets (12 GM) by mouth each day AS NEEDED for symptoms of decreased blood sugar |
| 135544-MIA | Insulin NPH (10 ML) 100 UNITS/ML INJ | 06/17/2020 | inject 4 units of nph insulin subcutaneously each evening ***pill line***---Inject 10 units of nph insulin subcutaneously each morning and |
| 135545-MIA | Insulin Reg (10 ML) 100 UNITS/ML Inj | 06/17/2020 | Inject per sliding scale subcutaneously three times daily - If FBS: 150-200mg/dl--2units; 201-250mg/dl--4units; 251-300mg/dl--6units; 301-350mg/dl--8units; 351-400mg/dl--10units; 401mg/dl or < 60mg/dl--call MD ***pill line*** |
| 135546-MIA | metFORMIN HCl 500 MG Tab | 06/17/2020 | Take one tablet (500 MG) by mouth three times daily with food |
| 135548-MIA | Sertraline HCl 100 MG Tab | 06/17/2020 | Take one tablet (100 MG) by mouth daily ***self carry*** *consent form on file * |
| ORDER | Atorvastatin Tablet | | 20 mg Orally at bedtime x 365 day(s) |
| ORDER | Diabetic Supply - Lancets | | Use to prick fingers twice daily to test blood sugar x 180 day(s) |
| ORDER | Diabetic Supply - Test Strips (Formulary choice) | | Use one test strip twice daily ( morning and evening ) Insert test strip on glucometer . add a droplet of blood to the top or end of strip x 180 day(s) |
| ORDER | Glucose Oral Tablet | | Take three tablets (12 GM) by mouth each day AS NEEDED for symptoms of decreased blood sugar PRN x 180 day(s) |
| ORDER | INsulin NPH - Human | | Inject 10 units of nph insulin subcutaneously each morning and---inject 4 units of nph insulin subcutaneously each evening ***pill line*** x 180 day(s) Pill Line Only |
| ORDER | INsulin REG - Human | | Inject per sliding scale subcutaneously three times daily - If FBS: 150-200mg/dl--2units; 201-250mg/dl--4units; 251-300mg/dl--6units; 301-350mg/dl--8units; 351-400mg/dl--10units; 401mg/dl or < 60mg/dl--call MD ***pill line*** x 180 day(s) Pill Line Only |
| ORDER | metFORMIN Tablets | | Take one tablet (500 MG) by mouth three times daily with food x 180 day(s) |
| ORDER | Sertraline Tablet | | Take one tablet (100 MG) by mouth daily ***self carry*** *consent form on file * x 180 day(s) |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No IVs to be Reconciled. | | | |

# Bureau of Prisons
# Health Services
# Cosign/Review

| Inmate Name: | CASTRO, ARMANDO | | | Reg #: | 97595-004 |
|---|---|---|---|---|---|
| Date of Birth: | 05/07/1948 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/07/2020 12:31 | Provider: | Dominguez-Rodriguez, | Facility: | MIA |

**Cosigned with New Encounter Note by Dumornay, Cassandra PA on 06/10/2020 06:33.**

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | CASTRO, ARMANDO | | | | Reg #: | 97595-004 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/07/1948 | Sex: | M | Race: WHITE | Facility: | MIA |
| Note Date: | 06/09/2020 14:20 | Provider: | | Chipi, Martha MD | Unit: | J02 |

Cosign Note - Lab Report Cosign encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      Provider: Chipi, Martha MD

        Cholesterol H 208
        Triglycerides H 181
        HDL Cholesterol 45
        LDL Cholesterol (calc) 127
        Chol/HDL Ratio H 4.6
        A1C 7.0

**Other:**

    No change in management at this time.

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Chipi, Martha MD on 06/09/2020 14:21

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CASTRO, ARMANDO | | | Reg #: | 97595-004 |
| Date of Birth: | 05/07/1948 | Sex: M | Race: WHITE | Facility: | MIA |
| Note Date: | 06/07/2020 12:31 | Provider: | Dominguez-Rodriguez, | Unit: | J02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**        Provider: Dominguez-Rodriguez, Carlos RN
    Inmate requesting refill for Zantac .

**Copay Required:** No      **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Dominguez-Rodriguez, Carlos RN on 06/07/2020 12:34
Requested to be cosigned by Dumornay, Cassandra PA.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Chipi, Martha MD.
Review documentation will be displayed on the following page.

| Inmate Name: | CASTRO, ARMANDO | | | | Reg #: | 97595-004 |
| --- | --- | --- | --- | --- | --- | --- |
| Date of Birth: | 05/07/1948 | Sex: | M | Race: WHITE | Facility: | MIA |
| Note Date: | 06/10/2020 06:33 | Provider: | | Dumornay, Cassandra | Unit: | J02 |

No IVs to be Reconciled.

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
| --- | --- | --- | --- |

No OTCs to be Reconciled.

**Allergies**
No Known Allergies

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Dumornay, Cassandra PA on 06/10/2020 06:37

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | CASTRO, ARMANDO | | | | |
|---|---|---|---|---|---|
| Date of Birth: | 05/07/1948 | Sex: | M | Race: WHITE | Facility: MIA |
| Note Date: | 06/10/2020 06:33 | Provider: | Dumormay, Cassandra | | Unit: J02 |
| | | | | | Reg #: 97595-004 |

Cosign Note - Medication Reconciliation encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE** 1    Provider: Dumormay, Cassandra PA

Inmate requesting refill for Zantac.
Zantac is no longer available in this institution.
Famotidine 20 mg daily prescribed.  Patient to follow up w/ chronic care Physician

**Medication Reconciliation.**
The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Famotidine Tablet | 06/10/2020 06:33 |

Prescriber Order:   20 mg Orally  -  daily x 180 day(s)
Indication: Esophageal reflux

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 135552-MIA | amLODIPine 10 MG TAB | 12/19/2020 | Take one tablet (10 MG) by mouth each day |
| 139134-MIA | Atorvastatin 20 MG TAB | 05/19/2021 | ***note increased dose*** Take one tablet (20 MG) by mouth at bedtime for control of cholesterol |
| 139135-MIA | Diabetic Supply - Lancets | 11/15/2020 | Use to prick fingers twice daily to test blood sugar |
| 139136-MIA | Diabetic Supply - Test Strips(Glucocard Expr) 50 | 11/15/2020 | Use one test strip twice daily ( morning and evening )  Insert test strip on glucometer . add a droplet of blood to the top or end of strip |
| 139137-MIA | Glucose 4 GM Tab | 11/15/2020 | Take three tablets (12 GM) by mouth each day AS NEEDED for symptoms of decreased blood sugar |
| 139132-MIA | Insulin NPH (10 ML) 100 UNITS/ML INJ | 11/15/2020 | inject 4 units of nph insulin subcutaneously each evening ***pill line***---Inject 10 units of nph insulin subcutaneously each morning and |
| 139133-MIA | Insulin Reg (10 ML) 100 UNITS/ML Inj | 11/15/2020 | inject per sliding scale subcutaneously three times daily - if FBS : 150-200mg/dl--2units; 201-250mg/dl--4units; 251-300mg/dl--6units; 301-350mg/dl--8units; 351-400mg/dl--10units; 401mg/dl or < 60mg/dl--call MD ***pill line*** |
| 139138-MIA | metFORMIN HCl 500 MG Tab | 11/15/2020 | Take one tablet (500 MG) by mouth three times daily with food |
| 139139-MIA | Sertraline HCl 100 MG Tab | 11/15/2020 | Take one tablet (100 MG) by mouth daily ***self carry*** *consent form on file * |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

Generated 06/10/2020 06:37 by Dumormay, Cassandra    Bureau of Prisons - MIA    Page 1 of 2

Reg #: 97595-004     Inmate Name: CASTRO, ARMANDO

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Chronic kidney disease, Stage II (mild) | | | | | | |
| 11/23/2015 09:57 EST   Alarcon, Inerio MD/CD | III | ICD-9 | 585.2 | 11/23/2015 | Current | 11/23/2015 |
| Low back pain, lumbago | | | | | | |
| 01/30/2013 07:35 EST   Lahorra, M. MLP | III | ICD-9 | 724.2 | 01/30/2013 | Current | 01/30/2013 |
| Low back pain, lumbago | | | | | | |
| 12/21/2012 16:32 EST   Lahorra, M. MLP | III | ICD-9 | 724.2 | 12/21/2012 | Current | 12/21/2012 |
| Low back pain, lumbago | | | | | | |
| 11/14/2012 10:33 EST   Lahorra, M. MLP | III | ICD-9 | 724.2 | 11/14/2012 | Current | 11/14/2012 |
| Rash and other nonspecific skin eruption | | | | | | |
| 05/01/2013 10:25 EST   Chipi, Martha MD | III | ICD-9 | 782.1 | 05/01/2013 | Current | 05/01/2013 |
|   Possibly due to a combination of OTCs. | | | | | | |
| Allergy, unspecified | | | | | | |
| 04/24/2013 10:10 EST   Lahorra, M. MLP | III | ICD-9 | 995.3 | 04/24/2013 | Current | 04/24/2013 |
| Candidiasis | | | | | | |
| 10/11/2018 14:39 EST   Chipi, Martha MD | | ICD-10 | B379 | 10/11/2018 | Current | |
| Alcohol Use Disorder: Severe | | | | | | |
| 07/25/2016 15:40 EST   Skibinski, Sherri PsyD/DAP Coord | I | DSM-IV | F10. | 07/25/2016 | Current | |
| Cannabis Use Disorder, Moderate | | | | | | |
| 07/25/2016 15:40 EST   Skibinski, Sherri PsyD/DAP Coord | I | DSM-IV | F12. | 07/25/2016 | Current | |
| Stimulant Related Disorders: Moderate: Cocaine | | | | | | |
| 07/25/2016 15:40 EST   Skibinski, Sherri PsyD/DAP Coord | I | DSM-IV | F14. | 07/25/2016 | Current | |
| Centric occlusion maximum intercuspation discrepancy | | | | | | |
| 07/18/2016 11:09 EST   Silva, Alberto DMD | | ICD-10 | M2655 | 07/18/2016 | Current | |
|   Diagnosis: #14 Vital Pulp, non-carious. #18 occupies occlusal table of #14 in intercuspal position. | | | | | | |
| History of noncompliance with medical treatment | | | | | | |
| 05/06/2015 14:20 EST   Chipi, Martha MD | III | ICD-9 | V15.81 | 05/06/2015 | Current | 05/06/2015 |
|   As per chart review. | | | | | | |
| Dental restoration status | | | | | | |
| 12/17/2014 15:30 EST   Silva, Alberto DMD | III | ICD-9 | V45.84 | 12/17/2014 | Current | 12/17/2014 |
|   Diagnosis: #6 hyperocclusion; porcelain fused to metal crown 4mm in hyperocclusion. | | | | | | |

Reg #: 97595-004      Inmate Name: CASTRO, ARMANDO

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Convalescence following surgery | III | ICD-9 | V66.0 | 02/18/2014 | Current | 02/18/2014 |
| 02/18/2014 14:29 EST  Alarcon, Inerio MD/CD | | | | | | |
| Lower spinal cord surgery. | | | | | | |
| Laboratory examination, unspecified | III | ICD-9 | V72.60 | 10/27/2015 | Current | 10/27/2015 |
| 10/27/2015 14:38 EST  Ramos, Migdalia MLP | | | | | | |
| Patient's noncompliance with other medical treatment and regimen | | ICD-10 | Z9119 | 11/30/2017 | Current | |
| 11/30/2017 14:35 EST  Chipi, Martha MD | | | | | | |

**Remission**

| | | | | | | |
|---|---|---|---|---|---|---|
| Deferred | II | ICD-9 | Axis II: | 10/02/2013 | Remission | 10/02/2013 |
| 10/02/2013 13:59 EST  Chipi, Martha MD | | | | | | |
| Psychosocial and environmental problems | IV | ICD-9 | Axis IV | 10/02/2013 | Remission | 10/02/2013 |
| 10/02/2013 14:18 EST  Chipi, Martha MD | | | | | | |
| GAF 71 - 100 | V | ICD-9 | G4 | 10/02/2013 | Remission | 10/02/2013 |
| 10/02/2013 14:18 EST  Chipi, Martha MD | | | | | | |

**Resolved**

| | | | | | | |
|---|---|---|---|---|---|---|
| Chronic pain syndrome | III | ICD-9 | 338.4 | 08/15/2012 | Resolved | 10/07/2014 |
| 02/23/2016 07:20 EST  SYSTEM | | | | | | |
| 10/07/2014 15:09 EST  Chipi, Martha MD | III | ICD-9 | 338.4 | 08/15/2012 | Remission | 10/07/2014 |
| 08/15/2012 09:48 EST  Chipi, Martha MD | III | ICD-9 | 338.4 | 08/15/2012 | Current | 08/15/2012 |
| Dental caries extending into pulp | III | ICD-9 | 521.03 | 10/12/2012 | Resolved | 10/12/2012 |
| 02/23/2016 07:20 EST  SYSTEM | | | | | | |
| DX: #4 Necrotic Pulp, Acute Apical Periodontitis c/w advanced [MOBL] decay into pulp, unrestorable. | | | | | | |
| 10/12/2012 11:37 EST  Silva, Alberto DMD | III | ICD-9 | 521.03 | 10/12/2012 | Resolved | 10/12/2012 |
| DX: #4 Necrotic Pulp, Acute Apical Periodontitis c/w advanced [MOBL] decay into pulp, unrestorable. | | | | | | |
| Other dental caries | III | ICD-9 | 521.09 | 04/01/2013 | Resolved | 04/01/2013 |
| 02/23/2016 07:20 EST  SYSTEM | | | | | | |
| DX: #2 Necrotic Pulp, Acute Apical Periodontitis c/w advanced decay of entire clinical crown into furcation, unrestorable. | | | | | | |
| 04/01/2013 11:28 EST  Silva, Alberto DMD | III | ICD-9 | 521.09 | 04/01/2013 | Resolved | 04/01/2013 |
| DX: #2 Necrotic Pulp, Acute Apical Periodontitis c/w advanced decay of entire clinical crown into furcation, unrestorable. | | | | | | |

Bureau of Prisons
Health Services
Health Problems

Reg #: 97595-004        Inmate Name: CASTRO, ARMANDO

### Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Dermatophytosis of the body (Tinea imbricata) | III | ICD-9 | 110.5 | 04/26/2013 | Current | 04/26/2013 |
| 04/26/2013 10:55 EST  Lahorra, M. MLP | | | | | | |
| Diabetes mellitus, type II (adult-onset) | III | ICD-9 | 250.00 | 2008 | Current | 05/23/2012 |
| 05/23/2012 12:29 EST  Ginart, L. MD | | | | | | |
| Diabetes, type II with ketoacidosis | III | ICD-9 | 250.10 | 11/25/2015 | Current | 11/25/2015 |
| 11/25/2015 14:15 EST  Alarcon, Inerio MD/CD | | | | | | |
| Hyperlipidemia, mixed | III | ICD-9 | 272.2 | 05/23/2012 | Current | 05/23/2012 |
| 05/23/2012 12:29 EST  Ginart, L. MD | | | | | | |
| Gout, unspecified | III | ICD-9 | 274.9 | 05/23/2012 | Current | 05/23/2012 |
| 05/23/2012 12:29 EST  Ginart, L. MD | | | | | | |
| Hyperpotassemia | III | ICD-9 | 276.7 | 11/23/2015 | Current | 11/23/2015 |
| 11/23/2015 10:06 EST  Alarcon, Inerio MD/CD | | | | | | |
| Anxiety state, unspecified | I | ICD-9 | 300.00 | 04/03/2014 | Current | 04/03/2014 |
| 04/03/2014 13:38 EST  Cornett, Todd MD | | | | | | |
| Depressive DO, not elsewhere classified | I | ICD-9 | 311 | 10/02/2013 | Current | 10/02/2013 |
| 10/02/2013 13:59 EST  Chipi, Martha MD | | | | | | |
| Hypertension, Unspecified essential | III | ICD-9 | 401.9 | 2008 | Current | 05/23/2012 |
| 05/23/2012 12:29 EST  Ginart, L. MD | | | | | | |
| TIA, Unspecified transient cerebral ischemia | III | ICD-9 | 435.9 | 02/20/2015 | Current | 02/20/2015 |
| 02/20/2015 13:02 EST  Ramos, Migdalia MLP R/O | | | | | | |
| Allergic rhinitis, cause unspecified | III | ICD-9 | 477.9 | 08/10/2012 | Current | 08/10/2012 |
| 08/10/2012 10:49 EST  Chipi, Martha MD | | | | | | |
| Esophageal reflux | III | ICD-9 | 530.81 | 06/05/2013 | Current | 06/05/2013 |
| 09/22/2015 11:04 EST  Chipi, Martha MD | | | | | | |
| 06/05/2013 09:46 EST  Lahorra, M. MLP | III | ICD-9 | 530.81 | 06/05/2013 | Current | 06/05/2013 |

Generated 06/29/2020 08:07 by Valdes, Crystian HIT        Bureau of Prisons - MIA        Page 1 of 4

Reg #:  97595-004                           Inmate Name: CASTRO, ARMANDO

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 12/20/2019 Orig Entered: 12/21/2019 19:02 EST Funtieo, L. | | | | |
| | Not Done | | No Participation | Chipi, Martha |
| 12/19/2019 Orig Entered: 12/20/2019 07:14 EST Chipi, Martha | | | | |
| | Counseling | Access to Care | Verbalizes Understanding | Dominguez-Rodriguez, Carlos |
| 12/19/2019 Orig Entered: 12/19/2019 13:00 EST Dominguez-Rodriguez, Carlos | | | | |
| | Counseling | Compliance - Treatment | Verbalizes Understanding | Dominguez-Rodriguez, Carlos |
| 12/19/2019 Orig Entered: 12/19/2019 13:00 EST Dominguez-Rodriguez, Carlos | | | | |
| | Medication | Diabetic Supply - Test Strips(Glucocard Expr) 50 | Pharmacy No participation | Rivera, M. |
| 10/29/2019 Orig Entered: 10/29/2019 19:08 EST Rivera, M. | | | | |
| | Medication | Indomethacin 25 MG Cap | Pharmacy No participation | Rivera, M. |
| 09/11/2019 Orig Entered: 09/11/2019 18:14 EST Rivera, M. | | | | |
| | Medication | Colchicine-Probenecid Oral Tablet 0.5-500 MG | Pharmacy No participation | Rivera, M. |
| 09/11/2019 Orig Entered: 09/11/2019 18:14 EST Rivera, M. | | | | |
| | Not Done Done my RN. | | No Participation | Chipi, Martha |
| 09/09/2019 Orig Entered: 09/09/2019 07:21 EST Chipi, Martha | | | | |
| | Counseling | Access to Care | Verbalizes Understanding | Dominguez-Rodriguez, Carlos |
| 09/05/2019 Orig Entered: 09/05/2019 16:38 EST Dominguez-Rodriguez, Carlos | | | | |
| | Counseling | Compliance - Treatment | Verbalizes Understanding | Dominguez-Rodriguez, Carlos |
| 09/05/2019 Orig Entered: 09/05/2019 16:38 EST Dominguez-Rodriguez, Carlos | | | | |
| | Medication | Acetaminophen 325 MG Tab | Pharmacy No participation | Rivera, M. |
| 08/14/2019 Orig Entered: 08/14/2019 18:36 EST Rivera, M. | | | | |
| | Counseling | Access to Care | Verbalizes Understanding | Dominguez-Rodriguez, Carlos |
| 07/29/2019 Orig Entered: 07/29/2019 18:31 EST Dominguez-Rodriguez, Carlos | | | | |

Total: 22