BP-A0148
JUNE 10
U.S. DEPARTMENT OF                    INMATE REQUEST TO STAFF   CDFRM                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Unit Manager Ms. Fahie. | DATE: 07-30-2020 |
|---|---|
| FROM: Castro Armando | REGISTER NO.: 97595-004- |
| WORK ASSIGNMENT: Recreation | UNIT: J 1/2 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Request For Compassionate Release, Pursuant To 3582(c) I am Requesting Compassionate Release For This Compelling Reasons: My Age 72 yrs. old, Diabetes, Take insulin 3 Times A Day, Obesity, High Blood Pressure, Carpal Surgery on Left Hand, Open Reduction Surgery on Both Elbows, Major Lumbar Spine Surgery, Whit Fusion On 3 Herniated Discs Whit Six Screws, and Two Titanium Bars. All of This Make Vulnerable of The Outbreak of Covid-19 Here at Miami FCI. I Hope That Compassion and Concern Move You To Grant Me This Relief. Thanks, Sincerely A. Castro

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-3148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**