October 11, 2016

Warden Romero
FCI Miami
Federal Correctional Institution
15801 SW 137 Avenue
Miami, Florida 33177

Re: Armando Antonio Castro (Reg. #97595-004)

Dear Warden Romero,

This is a request to you as Warden for a motion under 18 U.S.C. §3582(c)(1)(A) for compassionate release, reduce in sentence for Armando Antonio Castro, Register #97595-004, incarcerated at the Federal Correctional Institution in Miami, Florida. Under 18 U.S.C. §3582(c)(1)(A), a sentencing court, on motion from the Director of the Bureau of Prisons, may reduce the term of imprisonment under the Comprehensive Control Act of 1984. Please consider this submission for your review and approval.

My circumstances meet the criteria defined in Program Statement 5050.49, dated August 12, 2013, for reducing the term of the sentence to time served, my situation is unique and was not seen by the Court at the time of my sentence.

I am a first time offender and received a sentence of 151 months, which I have already completed five years in prison as well as having another year of good time plus one year Drug Program, and 9½ months Halfway House.

The following text contains the required information:

(1) The extraordinary and compelling circumstances that warrant consideration; and
(2) The proposed release plan, including where the inmate will reside upon release and how the inmate will support himself.

This is a request based on my age, 68 years old, and that I have many severe and debilitating medical problems.

## CIRCUMSTANCES

I would qualify under Release/Reduction in Sentence per PS 5050.49. Since my request is based on medical circumstances which limit my activity and that I currently am over 65 years old.

My medical problems is such that at this time that I have a lot of trouble in doing daily activities that are routine to someone my age. I can barely get out of bed and I am barely able to make it to the chow hall for my daily meals.

Many of these medical problems were existent at the time of my arrest and worsened during my period of incarceration. These were partially due to my increasing age as well as a back operation I had during my incarceration time.

On February 7, 2014, I had a fourteen (14) hour operation and involved placing 6 screws, 3 on each side, and 2 titanium bars, on a fusion lower back surgery, trying to resolve the herniated disc problem in my back. After the operation, I spent many days recovering and to date, I have not improved and in fact have debilitated to a large degree and need a second back surgery, I am still in great pain on a daily basis.

To substantiate my medical claim, I have enclosed the current list of medications I take on a regular basis (See Exhibit). I have additionally enclosed doctor notes from Dr. Adolfo Coleman, MD of Humana who was my physician when I entered prison which additionally documents my poor medical condition.

However, despite this health condition and limited mobility, I still was able to do a lot while in prison. I have listed below my accomplishments.

1. I joined and graduated from the ICAN Program. To substantiate what I did in this program, as well as the many courses taken, I have enclosed a letter from Dr. Skibinski, Head of the Program. See Exhibit **A**. Also enclosed is a list of classes taken in Psychology. See Exhibit **A**.

2. I also took many courses which documents all the programming I did as well. This is show in Exhibit **B**.

-2-

## PROPOSED RELEASE PLAN

My life plan is in place. I have a place to live in South Florida with my family who will be able to assist me with my medical problems. I also have a part time job lined up with some family, 2 sisters, who own jewelry stores and in the jewelry business.

Additionally, I will be receiving disability as well as Social Security income and with my family's help, I will be able to go again and be an asset to society.

## MEDICAL PROBLEMS

As noted, in the attached progress notes that are enclosed, the inmate does have substantial medical problems which only gets worse through time.

If necessary, all medical records to said inmate will be supplied, which documents his current poor medical condition, as well as his debilitating medical condition.

<u>PROVIDED FOR FIRST STAGE REVIEW TO WARDEN</u>

<u>FEDERAL REGULATIONS FROM 28 FCR</u>

1. A statement that contains inmates age, being over 65. A copy of Prison Identification Card is attached. See Exhibit.

2. A statement that inmate has serious medical problems. See Exhibit.

3. A clear statement and documentation of inmate's release plan, including housing, and the financial means to care for himself.

Thank you for your prompt attention to this urgent matter.

Sincerely,

Armando Antonio Castro
Reg. #97595-004
Federal Correctional Institution
P.O. Box 779800
Miami, Florida 33177